374 A.2d 704

Commonwealth, Appellant, v. Laudenslager.

Argued September 14, 1976. Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; Charles J. Tague, Assistant Public Defender, with him Gregory V. Smith, Public Defender, for appellee.

Order affirmed.

VAN der VOORT, J., dissents.